IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TINY STEPHENS,<br><br>STATE OF GEORGIA ex rel. TINY STEPHENS,<br><br>    Plaintiffs,<br><br>v.<br><br>INFECTIOUS DISEASE CONSULTANTS, P.C.,<br><br>    Defendant. | **FILED UNDER SEAL**<br><br>Civil No. 3:19-CV-76 (CAR) |

## ORDER

The United States of America, the State of Georgia, Relator Tiny Stephens, and Defendant Infectious Disease Consultants, P.C., having executed a Settlement Agreement resolving all matters except for Relator's claims for statutory attorney's fees and costs under 31 U.S.C. § 3730(d)(1) and Relator's claims of retaliation in violation of 31 U.S.C. § 3730(h),

**IT IS HEREBY ORDERED THAT**

1. Counts I and II of the Complaint are dismissed as follows:

    a. Those claims included within the Covered Conduct are dismissed with prejudice as to the United States of America and Relator; and

    b. All other claims are dismissed without prejudice to the United States of America, the State of Georgia, and Relator.

2. The Court will retain jurisdiction over this matter to the extent necessary to adjudicate Count III and Relator's claim against Defendant for attorney's fees and costs pursuant to 31 U.S.C. § 3730(d)(1), as well as to enforce the terms of the Settlement Agreement if necessary.

3. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendant, except for the original complaint (ECF No. 2), the Notice of Settlement (ECF No. 22), and this Order, which Relator will serve upon Defendant only after service of the complaint.

4. The seal shall be lifted as to all matters occurring in this action after the date of this Order. The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of Georgia, and all future orders of this Court shall be sent to the United States and the State of Georgia as well.

5. Relator shall have 90 days from the entry of this Order to serve Defendant with the Complaint.

**SO ORDERED**, this 27th day of October, 2021.

    s/C. Ashley Royal
    C. ASHLEY ROYAL, SENIOR JUDGE
    UNITED STATES DISTRICT COURT